**FORM 1.997.   CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

**I.      CASE STYLE**

IN THE CIRCUIT COURT OF THE <u>ELEVENTH</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>MIAMI-DADE</u>   COUNTY, FLORIDA

<u>Gustavo Piacente</u>
Plaintiff                                                                         Case # _____
                                                                                  Judge  _____

vs.
<u>Metha Group International Corp, Pablo S Tottis</u>
Defendant

**II.     AMOUNT OF CLAIM**

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐ $8,000 or less
☐ $8,001 - $30,000
☐ $30,001- $50,000
☐ $50,001- $75,000
☒ $75,001 - $100,000
☐ over $100,000.00

**III.    TYPE OF CASE**     (If the case fits more than one type of case,   select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

Exhibit A

- 1 -

- 2 -

**CIRCUIT CIVIL**

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence—other
    ☐ Business governance
    ☐ Business torts
    ☐ Environmental/Toxic tort
    ☐ Third party indemnification
    ☐ Construction defect
    ☐ Mass tort
    ☐ Negligent security
    ☐ Nursing home negligence
    ☐ Premises liability—commercial
    ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
    ☐ Commercial foreclosure
    ☐ Homestead residential foreclosure
    ☐ Non-homestead residential foreclosure
    ☐ Other real property actions

☐Professional malpractice
    ☐ Malpractice—business
    ☐ Malpractice—medical
    ☐ Malpractice—other professional
☒ Other
    ☐ Antitrust/Trade regulation
    ☐ Business transactions
    ☐ Constitutional challenge—statute or ordinance
    ☐ Constitutional challenge—proposed amendment
    ☐ Corporate trusts
    ☒ Discrimination—employment or other
    ☐ Insurance claims
    ☐ Intellectual property
    ☐ Libel/Slander
    ☐ Shareholder derivative action
    ☐ Securities litigation
    ☐ Trade secrets
    ☐ Trust litigation

**COUNTY CIVIL**

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

☐ Replevins
☐ Evictions
  ☐ Residential Evictions
  ☐ Non-residential Evictions
☐ Other civil (non-monetary)

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**IV.** **REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☒ Nonmonetary declaratory or injunctive relief;
☒ Punitive

**V.** **NUMBER OF CAUSES OF ACTION:** [ ]
(Specify)

 2

**VI.** **IS THIS CASE A CLASS ACTION LAWSUIT?**
  ☐ yes
  ☒ no

**VII.** **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
  ☒ no
  ☐ yes If "yes," list all related cases by name, case number, and court.

**VIII.** **IS JURY TRIAL DEMANDED IN COMPLAINT?**
  ☒ yes
  ☐ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: s/ Jason S Remer      Fla. Bar # 165580
    Attorney or party          (Bar # if attorney)

Jason S Remer       07/30/2021
(type or print name)       Date

Filing # 131787549 E-Filed 07/30/2021 07:48:20 PM

$0021-08-TT6RMB8DV$

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND FOR
MIAMI_DADE COUNTY, FLORIDA

GUSTAVO PIACENTE,

    Plaintiff,

v.

Case No.

METHAS GROUP INTERNATIONAL CORP
d/b/a CAR ONE AUTO SALES, a Florida Profit
Corporation and PABLO S. TOTTIS individually,

    Defendant.

_____/

## COMPLAINT

Plaintiff, GUSTAVO PIAGENTE ("Plaintiff"), by and through the undersigned counsel, hereby sues Defendants, METHAS GROUP INTERNATIONAL CORP d/b/a CAR ONE AUTO SALES and PABLO S. TOTTIS, (collectively , "Defendants"), and in support avers as follows:

### GENERAL ALLEGATIONS

1. This is an action by the Plaintiff for damages exceeding $30,000 excluding attorneys' fees or costs for unlawful, retaliatory discharge pursuant to the Fair Labor Standards Act, as amended (29 U.S.C. §201, et seq., hereinafter "FLSA") to recover unpaid minimum wage and/or overtime compensation, and an additional equal amount as liquidated damages, and reasonable attorneys' fees and costs.

2. This Court has jurisdiction over Plaintiff's FLSA claims pursuant to the 29 U.S.C. § 216.

3. Plaintiff was employed by Defendants, having their principal place of business in Miami Dade County, Florida, where Plaintiff worked for Defendants, and at all times material hereto was and is engaged in interstate commerce.

4. Defendant METHAS GROUP INTERNATIONAL CORP d/b/a CAR ONE AUTO SALES is a Florida Profit Corporation having its main place of business in Miami Beach, Florida, where

Plaintiff worked for Defendant, and at all times material hereto was and is engaged in interstate commerce.

5. Defendant PABLO S. TOTTIS is a corporate officer of and exercised operational control over the activities of Corporate Limited Liability Company Defendant, METHAS GROUP INTERNATIONAL CORP d/b/a CAR ONE AUTO SALES.

6. Venue is proper in Miami Dade County, Florida because all of the actions that form the basis of this Complaint occurred within Miami Dade County, Florida and payment was due in Miami Dade County, Florida.

7. Declaratory, injunctive, legal, and equitable relief is sought pursuant to the laws set forth above together with attorneys' fees, costs and damages.

8. All conditions precedent for the filing of this action before this Court have previously been met, including the exhaustion of all pertinent administrative procedures and remedies.

## FACTUAL ALLEGATIONS COMMON TO ALL COUNTS

9. Plaintiff performed work for Defendants as a non-exempt office worker from on or about the year 2010 through the present.

10. Plaintiff was an hourly wage earner.

11. Throughout Plaintiff's employment, Plaintiffs regularly worked in excess of forty (40) hours per week in a given workweek. In fact, plaintiff worked an average of 54 hours per week.

12. At all times material hereto, Defendant had or should have had full knowledge of all hours worked by Plaintiff, including those hours worked by Plaintiffs in excess of forty (40) in a given work week.

13. Plaintiff was not paid at the proper overtime rate for hours worked in excess of forty (40) per week, as proscribed by the laws of the United States.

14. Additionally, Plaintiff worked numerous hours for which he received no compensation whatsoever.

15. Additionally, Plaintiff was required to work "off the clock."

16. During periods from 2011 through 2019, plaintiff was paid below the minimum wage at $4.50.

17. For the above period, plaintiff was paid $362.40 every two weeks for 108 hours of work.

## COUNT I
### *Wage & Hour Federal Statutory Violation Against*
### METHAS GROUP INTERNATIONAL CORP d/b/a CAR ONE AUTO SALES

18. Plaintiff re-adopts each and every factual allegation as stated in paragraphs 1 through 17 of this complaint as if set out in full herein.

19. This action is brought by Plaintiff to recover from Defendants unpaid minimum wage compensation, as well as an additional amount as liquidated damages, costs, and reasonable attorney's fees under the provisions of 29 U.S.C. § 201 *et seq*.

20. Jurisdiction is conferred on this Court by Title 29 U.S.C. § 216(b).

21. At all times pertinent to this Complaint, Defendant operated as an organization which sells and/or markets its services and/or goods to customers from throughout the United States and also provides its services for goods sold and transported from across state lines of other states, and the Defendant obtains and solicits funds from non-Florida sources, accepts funds from non-Florida sources, uses telephonic transmissions going over state lines to do its business, transmits funds outside the State of Florida, and otherwise regularly engages in interstate commerce, particularly with respect to its employees.

22. Upon information and belief, the annual gross revenue of the Defendant was at all times material hereto in excess of $500,000 per annum, and, by virtue of working in interstate commerce, otherwise satisfies the FLSA's coverage requirements.

23. By reason of the foregoing, the Defendant is and was, during all times hereafter mentioned, an enterprise engaged in commerce or in the production of goods for

commerce as defined in §§ 3 (r) and 3(s) of the FLSA, 29 U.S.C. § 203(r) and 203(s). Defendant's business activities involve those to which the Fair Labor Standards Act applies. The Plaintiff's work for the Defendant likewise affects interstate commerce.

24. Plaintiff seeks to recover for unpaid wages accumulated from the date of hire and/or from 3 (three) years from the date of the filing of this complaint.

25. Defendant knew and/or showed reckless disregard of the provisions of the FLSA concerning the payment of minimum wages as required by the Fair Labor Standards Act and remain owing Plaintiff these unpaid wages since the commencement of Plaintiff's employment with Defendant as set forth above. As such, Plaintiff is entitled to recover double damages.

26. To the extent that Defendant never posted any notice, as required by the Fair Labor Standards Act and Federal Law, to inform employees of their federal rights to minimum and minimum wage payments, the statute of limitations for Plaintiff's FLSA claims is equitably tolled. *See, e.g., Cruz v. Maypa*, 773 F.3d 138, 147 (4th Cir. 2014) (extending failure-to-post tolling in the ADEA context to the FLSA); *Yu G. Ke v. Saigon Grill, Inc.*, 595 F. Supp. 2d 240, 259 (S.D.N.Y. 2008) ("[F]ailure to provide required notice of the governing legal requirements may be a sufficient basis for tolling."); *Kamens v. Summit Stainless, Inc.*, 586 F. Supp. 324, 328 (E.D. Pa. 1984) ("An employer's failure to post a statutorily required notice of this type tolls the running of any period of limitations.").

**WHEREFORE**, Plaintiff respectfully prays for the following relief against Defendant:

A. Adjudge and decree that Defendant has violated the FLSA and has done so willfully, intentionally and with reckless disregard for Plaintiff's rights;

B. Award Plaintiff actual damages in the amount shown to be due for unpaid minimum

wage compensation, with interest;

C. Award Plaintiff an equal amount in double damages/liquidated damages;

D. Award Plaintiff the costs of this action, together with a reasonable attorneys' fees; and

E. Grant Plaintiff such additional relief as the Court deems just and proper under the circumstances.

## COUNT II
### Wage & Hour Federal Statutory Violation Against
### PABLO S. TOTTIS

27. Plaintiff re-adopts each and every factual allegation as stated in paragraphs 1 through 17 of this complaint as if set out in full herein.

28. At the times mentioned, Defendant was, and is now, a corporate officer of corporate Defendant, METHAS GROUP INTERNATIONAL CORP d/b/a CAR ONE AUTO SALES.

29. Defendant was an employer of Plaintiff within the meaning of Section 3(d) of the "Fair Labor Standards Act" [29 U.S.C. § 203(d)], in that this individual Defendant acted directly in the interests of Defendant employer in relation to the employees of Defendant employer, including Plaintiff.

30. Defendant had operational control of the business and is thus jointly liable for Plaintiff's damages.

31. Defendant willfully and intentionally refused to properly pay Plaintiff wages as required by the law of the United States as set forth above and remains owing Plaintiff these wages since the commencement of Plaintiff's employment with Defendant as set forth above.

**WHEREFORE**, Plaintiff respectfully prays for the following relief against Defendant:

A. Adjudge and decree that Defendant has violated the FLSA and has done so willfully, intentionally and with reckless disregard for Plaintiff's rights;

B. Award Plaintiff actual damages in the amount shown to be due for unpaid minimum wage compensation, with interest;

C. Award Plaintiff an equal amount in double damages/liquidated damages;

D. Award Plaintiff the costs of this action, together with a reasonable attorneys' fees; and

E. Grant Plaintiff such additional relief as the Court deems just and proper under the circumstances.

## JURY DEMAND

Plaintiff demands trial by jury of all issues triable as of right by jury.

Dated: July 12, 2021

Respectfully submitted,

/S/ Jason S. Remer
**REMER & GEORGES-PIERRE, PLLC**
Jason S. Remer, Esq.
Florida Bar No. 0165580
jremer@rgpattorneys.com
Daniel H. Hunt, Esq.
Florida Bar No. 121247
dhunt@rgpattorneys.com
Courthouse Tower
44 West Flagler Street, Suite 2200
Miami, FL 33130
Tel: (305) 416-5000
Fax: (305) 416-5005

Attorney for Plaintiff

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND FOR
MIAMI_DADE COUNTY, FLORIDA

GUSTAVO PIACENTE,

    Plaintiff,                                                                       Case No. 2021-018386-CA-01

v.

METHAS GROUP INTERNATIONAL CORP
d/b/a CAR ONE AUTO SALES, a Florida Profit
Corporation and PABLO S. TOTTIS individually,

    Defendant.
_____/

**SUMMONS IN A CIVIL CASE**

**TO:**    **PABLO S. TOTTIS**:

                 PABLO S. TOTTIS
                 930 E 49TH ST
                 HIALEAH, FL 33013

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

                 JASON S. REMER, ESQ.
                 REMER & GEORGES-PIERRE, PLLC
                 44 WEST FLAGLER STREET
                 SUITE 2200
                 MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within **20 days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____
CLERK                                    DATE

_____
(BY) DEPUTY CLERK

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND FOR
MIAMI_DADE COUNTY, FLORIDA

GUSTAVO PIACENTE,

    Plaintiff,                                   Case No. 2021-018386-CA-01

v.

METHAS GROUP INTERNATIONAL CORP
d/b/a CAR ONE AUTO SALES, a Florida Profit
Corporation and PABLO S. TOTTIS individually,

    Defendant.
_____/

**SUMMONS IN A CIVIL CASE**

**TO:** METHAS GROUP INTERNATIONAL CORP d/b/a CAR ONE AUTO SALES through their REGISTERED AGENT:

        PABLO S. TOTTIS
        930 E 49TH ST
        HIALEAH, FL 33013

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

        JASON S. REMER, ESQ.
        REMER & GEORGES-PIERRE, PLLC
        44 WEST FLAGLER STREET
        SUITE 2200
        MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within **20 days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____
CLERK                                   DATE

_____
(BY) DEPUTY CLERK

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND FOR
MIAMI_DADE COUNTY, FLORIDA

GUSTAVO PIACENTE,

    Plaintiff,                                          Case No. 2021-018386-CA-01

v.

METHAS GROUP INTERNATIONAL CORP
d/b/a CAR ONE AUTO SALES, a Florida Profit
Corporation and PABLO S. TOTTIS individually,

    Defendant.
_____/

**SUMMONS IN A CIVIL CASE**

**TO:**    METHAS GROUP INTERNATIONAL CORP d/b/a CAR ONE AUTO SALES through their REGISTERED AGENT:

        PABLO S. TOTTIS
        930 E 49TH ST
        HIALEAH, FL 33013

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

        JASON S. REMER, ESQ.
        REMER & GEORGES-PIERRE, PLLC
        44 WEST FLAGLER STREET
        SUITE 2200
        MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within **20 days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

310009

                                            8/11/2021
_____
CLERK                                            DATE

_____
(BY) DEPUTY CLERK

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND FOR
MIAMI_DADE COUNTY, FLORIDA

GUSTAVO PIACENTE,

    Plaintiff,                                           Case No. 2021-018386-CA-01

v.

METHAS GROUP INTERNATIONAL CORP
d/b/a CAR ONE AUTO SALES, a Florida Profit
Corporation and PABLO S. TOTTIS individually,

    Defendant.
_____/

**SUMMONS IN A CIVIL CASE**

**TO:**    **PABLO S. TOTTIS**:

                PABLO S. TOTTIS
                930 E 49TH ST
                HIALEAH, FL 33013

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

                JASON S. REMER, ESQ.
                REMER & GEORGES-PIERRE, PLLC
                44 WEST FLAGLER STREET
                SUITE 2200
                MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within **20 days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

310009

                                              8/11/2021
_____
CLERK                                             DATE

_____
(BY) DEPUTY CLERK

# RETURN OF SERVICE

| | | |
|---|---|---|
| **State of Florida** | **County of MIAMI DADE** | **Circuit Court** |

Case Number: 2021-018386-CA-01

Plaintiff:
**GUSTAVO PIACENTE**

vs.

Defendant:
**METHAS GROUP INTERNATIONAL CORP d/b/a CAR ONE AUTO SALES, a Florida Profit Corporation and PABLO S. TOTTIS individually,**

For:
JASON REMER

ROD2021000414

Received by Due Process, LLC on the 12th day of August, 2021 at 9:25 am to be served on **METHAS GROUP INTERNATIONAL CORP D/B/A CAR ONE AUTO S ALES THROUGH THEIR REGISTERED AGENT PABLO S TOTTIS, 930 E 49TH STREET, HIALEHA, FL 33013**.

I, DAVE ANDREW, do hereby affirm that on the **19th day of August, 2021** at **4:05 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons and Complaint** with the date and hour of service endorsed thereon by me, to: **PABLO TOTTIS** as **RA** for **METHAS GROUP INTERNATIONAL CORP D/B/A CAR ONE AUTO S ALES THROUGH THEIR REGISTERED AGENT**, at the address of: **930 E 49TH STREET, HIALEHA, FL 33013**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
8/16/2021  11:53 am  Attempted service at 930 E 49TH STREET, HIALEHA, FL  33013, per Jose the defendant is about 1 hour away. Jose is not an employee of the company.
8/19/2021  4:05 pm  Attempted service at 930 E 49TH STREET, HIALEHA, FL  33013, served on Pablo s. Tottis /RA.. 50, M, H, 5'10, 170, BLACK HAIR AND NO GLASSES. Defendant is not married and not in the military.

## RETURN OF SERVICE For 2021-018386-CA-01

*I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under the perjury, I declare that I have read the foregoing document and the facts in it are true. NO NOTARY REQUIRED PURSUANT TO F.S.92.525(2)*

*[signature: Dave Andrew]*

**DAVE ANDREW**
CPS # 1556

**Due Process, LLC**
**PO BOX 612576**
**MIAMI, FL 33261**
**(305) 916-0757**

Our Job Serial Number: ROD-2021000414

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2a

# RETURN OF SERVICE

**State of Florida**  **County of MIAMI DADE**  **Circuit Court**

Case Number: 2021-018386-CA-01

Plaintiff:
**GUSTAVO PIACENTE**

vs.

Defendant:
**METHAS GROUP INTERNATIONAL CORP
d/b/a CAR ONE AUTO SALES, a Florida Profit
Corporation and PABLO S. TOTTIS individually,**

For:
JASON REMER

ROD2021000415

Received by Due Process, LLC on the 12th day of August, 2021 at 9:25 am to be served on **PABLO S TOTTIS, 930 E 49TH STREET, HIALEHA, FL 33013**.

I, DAVE ANDREW, do hereby affirm that on the **19th day of August, 2021** at **4:05 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons and Complaint** with the date and hour of service endorsed thereon by me, to: **PABLO S TOTTIS** at the address of: **930 E 49TH STREET, HIALEHA, FL 33013**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
8/16/2021  11:54 am  Attempted service at 930 E 49TH STREET, HIALEHA, FL  33013, per Jose the defendant is not in
8/18/2021  12:21 pm  Attempted service at 930 E 49TH STREET, HIALEHA, FL  33013, per Ramiro the defendant is not in
8/19/2021  4:05 pm  Attempted service at 930 E 49TH STREET, HIALEHA, FL  33013,  Pablo s. Tottis /RA.. 50, M, H, 5'10, 170, BLACK HAIR AND NO GLASSES. Defendant is not married and not in the military.

## RETURN OF SERVICE For 2021-018386-CA-01

*I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under the perjury, I declare that I have read the foregoing document and the facts in it are true. NO NOTARY REQUIRED PURSUANT TO F.S.92.525(2)*

*signature: Dave Andrew*

**DAVE ANDREW**
CPS # 1556

**Due Process, LLC**
**PO BOX 612576**
**MIAMI, FL 33261**
**(305) 916-0757**

Our Job Serial Number: ROD-2021000415

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2a

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

GUSTAVO PIACENTE,

    Plaintiff,                                            Case No. 2021-018386-CA-01

v.

METHAS GROPU INTERNATIONAL CORP
d/b/a CAR ONE AUTO SALES et al.

    Defendant.
_____/

## NOTICE OF APPEARANCE AS COUNSEL

PLEASE TAKE NOTICE that the undersigned counsel, Daniel H. Hunt, Esq., hereby files this Notice of Appearance as counsel on behalf of the Plaintiff in the above-styled cause. The undersigned associate counsel requests that copies of all pleadings, notices, correspondence, and communications of any type, be furnished to him in accordance therewith.

Dated: August 24, 2021

                                                                 Respectfully submitted,

                                                           __/S/ Daniel H. Hunt__
                                                           **REMER & GEORGES-PIERRE, PLLC**
                                                           Jason S. Remer, Esq.
                                                           Florida Bar No. 0165580
                                                           jremer@rgpattorneys.com
                                                           Daniel H. Hunt, Esq.
                                                           Florida Bar No. 121247
                                                           dhunt@rgpattorneys.com
                                                           Courthouse Tower
                                                           44 West Flagler Street, Suite 2200
                                                           Miami, FL 33130
                                                           Tel: (305) 416-5000
                                                           Fax: (305) 416-5005

                                                           Attorney for Plaintiff